1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   IRA GREEN                              1:08-cv-00807 TAG (HC)

10          Petitioner,

11      vs.                                ORDER OF TRANSFER

12   JAMES A. YATES

13          Respondent.

14   _____/

15          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

16   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17          The federal venue statute requires that a civil action, other than one based on diversity

18   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

19   reside in the same State, (2) a judicial district in which a substantial part of the events or omissions

20   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

21   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

22   the action may otherwise be brought."  28 U.S.C. § 1391(b).

23          In this case, Petitioner is challenging a conviction  from San Bernardino County, which is in the

24   Central District of California.  Therefore, the petition should have been filed in the United States District

25   Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

26   filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

27   918, 932 (D.C. Cir. 1974).

28
                                        1

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

2  District Court for the Central District of California.

3

4  IT IS SO ORDERED.

5  Dated:  **June 12, 2008**                      **/s/ Theresa A. Goldner**

6                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28